**Affirmed as Modified and Supplemental Opinion on Remittitur filed July 1, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00459-CV

---

## ADVANCED TECHNOLOGY TRANSFER AND INTELLECTUAL PROPERTY GROUP LLC, Appellant

### V.

## TRICIA KRENEK, Appellee

---

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-250347A**

---

## S U P P L E M E N T A L   O P I N I O N   O N   R E M I T T I T U R

On June 8, 2021, we suggested a remittitur of $10,275 of the attorney's fees awarded to appellee Tricia Krenek in the trial court's judgment. Tex. R. App. P. 46.3. We stated that, if appellee Tricia Krenek timely filed the remittitur with the clerk of this court, we would render judgment modifying the trial court's judgment to reflect an award of $6,000 in attorney's fees incurred by attorney Eddie Krenek and affirming the trial court's judgment as modified. *Id.*

Appellee Tricia Krenek timely filed the suggested remittitur. Accordingly, we vacate our judgment dated June 8, 2021 and render judgment modifying the trial court's judgment to reform it to reflect the $10,275 remittitur and affirming the trial court's judgment as modified. Tex. R. App. P. 43.2(b), 46.3.

/s/ Charles A. Spain
   Justice

Panel consists of Justices Wise, Bourliot, and Spain.